FILED
FEB 2 0 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CROSSAN D. HOOVER, JR., | No. C 99-4568 JL |
| Plaintiff, | **ORDER GRANTING STAY** |
| v. | |
| THOMAS L. CAREY, WARDEN., | |
| Defendants. | |

The Court received Respondent's application for a ruling on its stay request. The Court hereby reiterates its verbal order at the hearing on February 15, granting a one-day stay of its order for Petitioner's release, pending Respondent's petition for a writ of mandamus. However, this issue has been mooted by the court of appeals' denial of Respondent's petition.

IT IS SO ORDERED.

DATED: February 20, 2008

James Larson
Chief Magistrate Judge