UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CROSSAN D. HOOVER, JR., | No. C 99-4568 JL |
| Plaintiff, | **AMENDED ORDER GRANTING STAY** |
| v. | |
| THOMAS L. CAREY, WARDEN., | |
| Defendants. | |

The Court received Respondent's application for a ruling on its stay request. The Court hereby reiterates its verbal order at a hearing on Petitioner's motion for release February 4,[1] granting a one-day stay of its order for Petitioner's release, pending Respondent's petition for a writ of mandamus. However, this issue has been mooted by the court of appeals' denial of Respondent's petition.

IT IS SO ORDERED.

DATED: February 21, 2008

James Larson
Chief Magistrate Judge

G:\JLALL\CHAMBERS\CASES\CIVIL\99-4568\stay-one-day-amended.wpd

---

[1] The earlier version of this Order had an incorrect date.

# UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF CALIFORNIA

HOOVER,

    Plaintiff,

v.

NEWLAND,

    Defendant.
_____/

Case Number: CV99-04568 JL

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 21, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Nina Wilder
Weinberg & Wilder
523 Octavia St.
San Francisco, CA 94102

Peggy S. Ruffra
CA State Attorney's Office
455 Golden Gate Avenue
Suite 11000
San Francisco, CA 94102-7004

Dated: February 21, 2008

                                    Richard W. Wieking, Clerk
                                    By: Venice Thomas, Deputy Clerk